# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PIERCE BROADBAND, LLC** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:18-1733 |
| v. | : | (JUDGE MANNION) |
| **VIGILANT INFRASTRUCTURE, LLC** | : | |
| | : | |
| Defendant | : | |
| | : | |

## ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** Defendant Vigilant Infrastructure, LLC's motion to dismiss (Doc. 5) is **GRANTED**.

**(2)** Plaintiff Pierce Broadband, LLC's complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

**(3)** The Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: February 4, 2019**
O:\MANNION\SHARED\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-1733-01-ORDER.DOCX